Benjamin Cohen and Joseph Stollar, Appellants, v. Isaac Cohen and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred; Thomas and Carr, JJ., being of opinion that the judgment as to the counterclaim is erroneous.

Oliver B. Coomes, Appellant, v. Hiram C. Bennett and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Israel Diamond and Max Lensky, Respondents, v. Celia Diamond, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there was an accord and satisfaction. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Joseph Dubinsky, Appellant, v. Alabama Construction Company and Others, Respondents.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Carr, JJ., concurred.

Eureka Cement Company, Plaintiff, Judgment Creditor; George W. Broadhurst, Assignee, Appellant, v. Dominick Bonacci, Respondent, Judgment Debtor.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

John H. Fleming, Appellant, v. William D. C. Field, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Fundy Company, Respondent, v. Edmund Fain and Others, Defendants. The State Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks and Thomas, JJ., concurred; Burr, J., taking no part.